IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LARRY A. WALTHOUR,

        Plaintiff,

v.                                                                     CIVIL ACTION NO.: CV206-278

McINTOSH COUNTY, GEORGIA;
McINTOSH COUNTY SHERIFF
DEPARTMENT; McINTOSH COUNTY
SHERIFF; JAIL ADMINISTRATOR;
JAIL CAPTAIN; JAIL SHIFT
SUPERVISOR; JAIL SECRETARY;
McINTOSH COUNTY PUBLIC
DEFENDER; Chief FRANKLIN
HUNTER; Public Defender BRANNEN
CLARKE; Superior Court Judge
CAVENDER; Superior Court Judge
RUSSELL; DISTRICT ATTORNEY'S
OFFICE; Officer DAIMUNE HARRIS;
Lt. RONALD KING; AUNDRE RODGERS;
OGEECHEE CIRCUIT PUBLIC
DEFENDER; Magistrate Judge TERESA
JENNINGS, and the CITY OF DARIEN,

        Defendants.

## ORDER

By Order dated November 16, 2006, the Court granted Plaintiff's Motion to proceed in forma pauperis and advised him of the changes in the procedures for filing and litigating prisoner civil rights suits in federal court. Plaintiff was also advised of the necessity to sign and return the prisoner Trust Account Statement and Consent to Collection of Fees from Trust Account if he desired to proceed with this action. The Court has learned that Plaintiff has been transferred to another facility. The Clerk is directed to serve another copy of the November 16, 2006, Order with attachments upon Plaintiff at his new address. Plaintiff shall

be allowed until January 3, 2007, to comply with the November 16, 2006, Order. Failure to comply with this Order and the November 16, 2006, Order shall result in the dismissal of Plaintiff's case, without prejudice.

**SO ORDERED**, this 5th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE