IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 16  A 11: 19

CLERK Cabell
SO. DIST. OF GA.

| | |
|---|---|
| LARRY A. WALTHOUR, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: CV206-278 |
| McINTOSH COUNTY, GEORGIA; McINTOSH COUNTY SHERIFF DEPARTMENT; McINTOSH COUNTY SHERIFF; JAIL ADMINISTRATOR; JAIL CAPTAIN; JAIL SHIFT SUPERVISOR; JAIL SECRETARY; McINTOSH COUNTY PUBLIC DEFENDER; Chief FRANKLIN HUNTER; Public Defender BRANNEN CLARKE; Superior Court Judge CAVENDER; Superior Court Judge RUSSELL; DISTRICT ATTORNEY'S OFFICE; Officer DAIMUNE HARRIS; Lt. RONALD KING; AUNDRE RODGERS; OGEECHEE CIRCUIT PUBLIC DEFENDER; Magistrate Judge TERESA JENNINGS, and the CITY OF DARIEN, | : |
| Defendants. | : |

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. <u>Nettles v. Wainwright</u>, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 5th day of February, 2007.

**SO ORDERED**, this 16th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)