IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LARRY A. WALTHOUR,

    Plaintiff,

v.

McINTOSH COUNTY, GEORGIA; McINTOSH COUNTY SHERIFF DEPARTMENT; McINTOSH COUNTY SHERIFF; JAIL ADMINISTRATOR; JAIL CAPTAIN; JAIL SHIFT SUPERVISOR; JAIL SECRETARY; McINTOSH COUNTY PUBLIC DEFENDER; Chief FRANKLIN HUNTER; Public Defender BRANNEN CLARKE; Superior Court Judge CAVENDER; Superior Court Judge RUSSELL; DISTRICT ATTORNEY'S OFFICE; Officer DAIMUNE HARRIS; Lt. RONALD KING; AUNDRE RODGERS; OGEECHEE CIRCUIT PUBLIC DEFENDER; Magistrate Judge TERESA JENNINGS, and the CITY OF DARIEN,

    Defendants.

CIVIL ACTION NO.: CV206-278



## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 13 day of Feb., 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)